# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 22, 2024

In re:

Michael Henry Lotto

      Debtor*

Case Number: 24–30774 amn
Chapter: 13

Michael Henry Lotto

      Plaintiff(s)

v.

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR
RCF 2 ACQUISITION TRUST et al.

      Defendant(s)

Adversary Proceeding
No.: 24–03015 amn

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

**To the Plaintiff(s):**

In accordance with Fed. R. Bankr. P. 7004(e), on or before **December 2, 2024**, you must serve this Summons and a copy of the Complaint filed on November 21, 2024, on all Defendant(s) in accordance with Fed. R. Bankr. P. 7004(a) or (b), except any Defendant(s) to be served in a foreign country.

If service is made on any named Defendant(s) in a foreign country, you must serve this Summons and a copy of the Complaint filed on November 21, 2024, on all such named Defendants in accordance with Fed. R. Civ. P. 4(f), (h), and (j) made applicable by Fed. R. Bankr. P. 7004(a)(1) .

You must also complete the attached Certificate of Service of Process and file the completed Certificate with the Bankruptcy Court electronically or at the address listed on the second page of this Summons.

**To the Defendant(s):**

YOU ARE SUMMONED and, if you are a Defendant properly served with this Summons and the Complaint in accordance with the instruction above and applicable rules within a judicial district of the United States, pursuant to Fed. R. Bankr. P. 7012(a), you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint on or before **December 23, 2024**, except that the United States and its offices and agencies are required to file a motion or answer to the Complaint on or before **December 27, 2024**.

If you are a Defendant served with this Summons and the Complaint in a foreign country, you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint attached to this Summons within 60 days from proper service of the Summons and Complaint, unless the Court orders a different deadline to file a motion or answer to the Complaint upon motion made pursuant to Fed. R. Bankr. P. 7012(a).

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

> Michael J. Habib
> Willcutts & Habib LLC
> 100 Pearl St.
> Ste Flr. 14
> Hartford, CT 06103–4500

If you make a motion under Fed. R. Bankr. P. 7012, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a Pretrial Conference of the proceeding commenced by the filing of the Complaint will be held at:

**United States Bankruptcy Court**
**157 Church Street, 18th Floor, New Haven, CT 06510**
**at**
**02:00 PM on January 21, 2025**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: November 22, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 – nsm

## CERTIFICATE OF SERVICE OF PROCESS

**Case Number: 24–03015**

**I,**_____**(name), certify that service of this summons and a copy of
the complaint was made** _____**(date) by (check one):**

☐  **Mail service:** Regular, First Class United States mail, postage fully pre–paid, addressed to:

☐  **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐  **Residence Service:** By leaving the process with the following adult at:

☐  **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail
addressed to the following officer of the defendant at:

☐  **Publication:** The defendant was served as follows:

☐  **State Law:** The defendant was served pursuant to the laws of the State of _____, as
follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and
at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning
which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____     _____
Date                                      Signature
                                             _____
                                             Print Name
                                             _____
                                             Business Address
                                             _____
                                             City/State/Zip