# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 22, 2024

In re:

    Michael Henry Lotto

                       Debtor*

Case Number: 24−30774 amn
Chapter: 13

    Michael Henry Lotto

                      Plaintiff(s)

    v.

    U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS
    INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR
    RCF 2 ACQUISITION TRUST et al.

                      Defendant(s)

Adversary Proceeding
No.: 24−03015 amn

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**To the Plaintiff(s):**

In accordance with Fed. R. Bankr. P. 7004(e), on or before **December 2, 2024**, you must serve this Summons and a copy of the Complaint filed on November 21, 2024, on all Defendant(s) in accordance with Fed. R. Bankr. P. 7004(a) or (b), except any Defendant(s) to be served in a foreign country.

If service is made on any named Defendant(s) in a foreign country, you must serve this Summons and a copy of the Complaint filed on November 21, 2024, on all such named Defendants in accordance with Fed. R. Civ. P. 4(f), (h), and (j) made applicable by Fed. R. Bankr. P. 7004(a)(1) .

You must also complete the attached Certificate of Service of Process and file the completed Certificate with the Bankruptcy Court electronically or at the address listed on the second page of this Summons.

**To the Defendant(s):**

YOU ARE SUMMONED and, if you are a Defendant properly served with this Summons and the Complaint in accordance with the instruction above and applicable rules within a judicial district of the United States, pursuant to Fed. R. Bankr. P. 7012(a), you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint on or before **December 23, 2024**, except that the United States and its offices and agencies are required to file a motion or answer to the Complaint on or before **December 27, 2024**.

If you are a Defendant served with this Summons and the Complaint in a foreign country, you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint attached to this Summons within 60 days from proper service of the Summons and Complaint, unless the Court orders a different deadline to file a motion or answer to the Complaint upon motion made pursuant to Fed. R. Bankr. P. 7012(a).

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

> Michael J. Habib
> Willcutts & Habib LLC
> 100 Pearl St.
> Ste Flr. 14
> Hartford, CT 06103−4500

If you make a motion under Fed. R. Bankr. P. 7012, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a Pretrial Conference of the proceeding commenced by the filing of the Complaint will be held at:

**United States Bankruptcy Court**
**157 Church Street, 18th Floor, New Haven, CT 06510**
at
**02:00 PM on January 21, 2025**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: November 22, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 − nsm

# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 24−03015

I,_____Michael J. Habib, Esq._____(name), certify that service of this summons and a copy of the complaint was made \_\_\_November 26, 2024\_\_\_(date) by (check one):

☑ **Mail service:** Regular, First Class United States mail, postage fully pre−paid, addressed to:

U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust
Attn Shannon Kohout, Vice President
1011 CENTRE RD STE 203
WILMINGTON, DE 19805

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

\_\_\_11/26/2024_____    \_\_\_\_\_/s/ Michael J. Habib_____
Date                              Signature
                                  _____Michael J. Habib, Esq._____
                                  Print Name
                                  _____Willcutts & Habib LLC, 100 Pearl St., Fl. 14_____
                                  Business Address
                                  _____Hartford, CT 06103-4500_____
                                  City/State/Zip

# Receipt

Print Date: Nov 25, 2024



| | |
|---|---|
| **RETURN TO** | **REFERENCE** |

Willcutts & Habib LLC
100 Pearl St. Fl. 14
Hartford, CT 06103

| | |
|---|---|
| Ship Date: | Nov 26, 2024 |
| Ship from ZIP: | 06511 |
| Weight: | 0lbs. 6oz. |
| User: | m_habib |
| Cost Code: | |

**SHIP TO**

U.S. BANK TRUST NATIONAL ASSOCIATION, OWNER TRUSTEE
Attn Shannon Kohout, Vice President
1011 CENTRE RD STE 203
WILMINGTON, DE 19805

| | |
|---|---|
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Printed |
| Tracking #: | 00040206205537257060198051 26653 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Large Envelope | $2.87 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $2.87 |
| Label Quantity | 1 |
| Total Cost | $2.87 |

# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 24−03015

I, _____Michael J. Habib, Esq._____ (name), certify that service of this summons and a copy of the complaint was made ___November 26, 2024_____ (date) by (check one):

☑ **Mail service:** Regular, First Class United States mail, postage fully pre−paid, addressed to:
U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust
Attn Shannon Kohout, Vice President
60 LIVINGSTON AVE
SAINT PAUL, MN 55107

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

____11/26/2024_____     _____[signature]_____
Date                          Signature
                              Michael J. Habib, Esq.
                              Print Name
                              Willcutts & Habib LLC, 100 Pearl St., Fl. 14
                              Business Address
                              Hartford, CT 06103-4500
                              City/State/Zip



# Receipt

Print Date: Nov 25, 2024

| RETURN TO | REFERENCE | |
|---|---|---|
| Willcutts & Habib LLC<br>100 Pearl St. Fl. 14<br>Hartford, CT 06103 | Ship Date: | Nov 26, 2024 |
| | Ship from ZIP: | 06511 |
| | Weight: | 0lbs. 6oz. |
| | User: | m_habib |
| | Cost Code: | |
| **SHIP TO** | Refund Type: | Mail-in |
| U.S. BANK TRUST NATIONAL ASSOCIATION,,<br>OWNER TRUSTEE<br>Attn Shannon Kohout, Vice President<br>60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Reference #: | |
| | Printed on: | Shipping Label |
| | Delivery Status: | Printed |
| | Tracking #: | 00040206205537257065551072<br>29260 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Large Envelope | $2.87 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $2.87 |
| Label Quantity | 1 |
| Total Cost | $2.87 |

## CERTIFICATE OF SERVICE OF PROCESS

Case Number: 24−03015

I, _____Michael J. Habib, Esq._____ (name), certify that service of this summons and a copy of the complaint was made ___November 26, 2024___ (date) by (check one):

☒ **Mail service:** Regular, First Class United States mail, postage fully pre−paid, addressed to:

U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust
Attn Shannon Kohout, Vice President
100 WALL ST FL 16
NEW YORK, NY 10005

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

11/26/2024
Date

Signature: *Michael J. Habib*
Print Name: Michael J. Habib, Esq.
Business Address: Willcutts & Habib LLC, 100 Pearl St., Fl. 14
City/State/Zip: Hartford, CT 06103-4500



# Receipt

Print Date: Nov 25, 2024

| **RETURN TO** | **REFERENCE** | |
|---|---|---|
| Willcutts & Habib LLC<br>100 Pearl St. Fl. 14<br>Hartford, CT 06103 | Ship Date: | Nov 26, 2024 |
| | Ship from ZIP: | 06511 |
| | Weight: | 0lbs. 6oz. |
| | User: | m_habib |
| | Cost Code: | |
| **SHIP TO** | Refund Type: | Mail-in |
| U.S. BANK TRUST NATIONAL ASSOCIATION, OWNER TRUSTEE<br>Attn Shannon Kohout, Vice President<br>100 WALL ST FL 1600<br>NEW YORK, NY 10005 | Reference #: | |
| | Printed on: | Shipping Label |
| | Delivery Status: | Printed |
| | Tracking #: | 00040206205537257033100054<br>374400 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| USPS First-Class Mail® Large Envelope | $2.87 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $2.87 |
| Label Quantity | 1 |
| Total Cost | $2.87 |