# United States Bankruptcy Court

### District of Connecticut



Filed and Entered
On Docket
November 22, 2024

In re:

    Michael Henry Lotto

<div style="text-align:center">Debtor*</div>

Case Number: 24−30774 amn
Chapter: 13

    Michael Henry Lotto

<div style="text-align:center">Plaintiff(s)</div>

v.

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST et al.

<div style="text-align:center">Defendant(s)</div>

Adversary Proceeding
No.: 24−03015 amn

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

**To the Plaintiff(s):**

In accordance with Fed. R. Bankr. P. 7004(e), on or before **December 2, 2024**, you must serve this Summons and a copy of the Complaint filed on November 21, 2024, on all Defendant(s) in accordance with Fed. R. Bankr. P. 7004(a) or (b), except any Defendant(s) to be served in a foreign country.

If service is made on any named Defendant(s) in a foreign country, you must serve this Summons and a copy of the Complaint filed on November 21, 2024, on all such named Defendants in accordance with Fed. R. Civ. P. 4(f), (h), and (j) made applicable by Fed. R. Bankr. P. 7004(a)(1) .

You must also complete the attached Certificate of Service of Process and file the completed Certificate with the Bankruptcy Court electronically or at the address listed on the second page of this Summons.

**To the Defendant(s):**

YOU ARE SUMMONED and, if you are a Defendant properly served with this Summons and the Complaint in accordance with the instruction above and applicable rules within a judicial district of the United States, pursuant to Fed. R. Bankr. P. 7012(a), you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint on or before **December 23, 2024**, except that the United States and its offices and agencies are required to file a motion or answer to the Complaint on or before **December 27, 2024**.

If you are a Defendant served with this Summons and the Complaint in a foreign country, you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint attached to this Summons within 60 days from proper service of the Summons and Complaint, unless the Court orders a different deadline to file a motion or answer to the Complaint upon motion made pursuant to Fed. R. Bankr. P. 7012(a).

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

<div style="text-align:center; border:1px solid black; padding:8px">
Michael J. Habib<br>
Willcutts & Habib LLC<br>
100 Pearl St.<br>
Ste Flr. 14<br>
Hartford, CT 06103−4500
</div>

If you make a motion under Fed. R. Bankr. P. 7012, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a Pretrial Conference of the proceeding commenced by the filing of the Complaint will be held at:

> **United States Bankruptcy Court**
> **157 Church Street, 18th Floor, New Haven, CT 06510**
> **at**
> **02:00 PM on January 21, 2025**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: November 22, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 − nsm

# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 24−03015

I, _____Michael J. Habib, Esq._____ (name), certify that service of this summons and a copy of the complaint was made ___November 26, 2024_____ (date) by (check one):

☒ **Mail service:** Regular, First Class United States mail, postage fully pre−paid, addressed to:
    SELENE FINANCE LP
    Attn: Kevin McMullan, Executive VP & Partner
    3501 OLYMPUS BLVD STE 500
    COPPELL, TX 75019

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__11/26/2024__
Date

_Michael J. Habib_ (signature)
Signature
Michael J. Habib, Esq.
Print Name
Willcutts & Habib LLC, 100 Pearl St., Fl. 14
Business Address
Hartford, CT 06103-4500
City/State/Zip

# Receipt

Print Date: Nov 25, 2024



### RETURN TO

Willcutts & Habib LLC
100 Pearl St. Fl. 14
Hartford, CT 06103

### SHIP TO

SELENE FINANCE LP
Attn: Kevin McMullan,
Executive Vice President & Partner
3501 OLYMPUS BLVD STE 500
COPPELL, TX 75019

### REFERENCE

| | |
|---|---:|
| Ship Date: | Nov 26, 2024 |
| Ship from ZIP: | 06511 |
| Weight: | 0lbs. 6oz. |
| User: | m_habib |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Printed |
| Tracking #: | 00040206205537257099750196 29525 |

### SERVICE | UNIT PRICE

| | |
|---|---:|
| USPS First-Class Mail® Large Envelope | $2.87 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $2.87 |
| Label Quantity | 1 |
| Total Cost | $2.87 |

# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 24−03015

I, _____Michael J. Habib, Esq._____ (name), certify that service of this summons and a copy of the complaint was made ___November 26, 2024___ (date) by (check one):

☑ **Mail service:** Regular, First Class United States mail, postage fully pre−paid, addressed to:
SELENE FINANCE LP (Registered Agent)
c/o CORPORATION SERVICE COMPANY
GOODWIN SQUARE
225 ASYLUM ST FL 20
HARTFORD, CT 06103

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

___11/26/2024___    _/s/ Michael J. Habib_
Date                Signature
                    Michael J. Habib, Esq.
                    Print Name
                    Willcutts & Habib LLC, 100 Pearl St., Fl. 14
                    Business Address
                    Hartford, CT 06103-4500
                    City/State/Zip



# Receipt

Print Date: Nov 25, 2024

## RETURN TO

Willcutts & Habib LLC
100 Pearl St. Fl. 14
Hartford, CT 06103

## REFERENCE

| | |
|---|---:|
| Ship Date: | Nov 26, 2024 |
| Ship from ZIP: | 06511 |
| Weight: | 0lbs. 6oz. |
| User: | m_habib |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Printed |
| Tracking #: | 00040206205537257077061031 53220 |

## SHIP TO

SELENE FINANCE LP
c/o CORPORATION SERVICE COMPANY
GOODWIN SQUARE
225 ASYLUM ST FL 20
HARTFORD, CT 06103

## SERVICE

| | UNIT PRICE |
|---|---:|
| USPS First-Class Mail® Large Envelope | $2.87 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $2.87 |
| Label Quantity | 1 |
| Total Cost | $2.87 |