ct250

11/2024

# United States Bankruptcy Court

## District of Connecticut

In re:

Michael Henry Lotto

Case Number: 24-30774

Chapter: 13

Debtor*

Michael Henry Lotto
Plaintiff(s)

v.

Adversary Proceeding
No: 24-3015

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2
ACQUISITION TRUST;
Selene Finance LP;
Discover Bank
Defendant(s)

## ORDER DISMISSING ADVERSARY PROCEEDING

On December 6, 2024, an Order Dismissing Case entered on Bankruptcy Case 24-30774,  *see* ECF No 85. Therefore,  it is hereby

**ORDERED** that the above-captioned adversary proceeding is DISMISSED for lack of jurisdiction.

BY THE COURT

Dated: December 6, 2024

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.