United States Bankruptcy Court
District of Connecticut

Lotto,
    Plaintiff

Adv. Proc. No. 24-03015-amn

U.S. BANK TRUST NATIONAL ASSOCIATION NOT,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 06, 2024 | Form ID: pdfdoc2 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Michael Henry Lotto, 9 N Bank St, New Haven, CT 06511-2519 |
| dft | + | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS I, 1011 Centre Rd., Ste. 203, Wilmington, DE 19805-1266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: mrdiscen@discover.com | Dec 06 2024 18:24:00 | Discover Bank, 502 E. Market St., Greenwood, DE 19950-9700 |
| dft | + | Email/Text: bkteam@selenefinance.com | Dec 06 2024 18:25:00 | Selene Finance LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Plaintiff Michael Henry Lotto mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |

District/off: 0205-3 User: admin Page 2 of 2
Date Rcvd: Dec 06, 2024 Form ID: pdfdoc2 Total Noticed: 4
TOTAL: 1

ct250

11/2024

# United States Bankruptcy Court

## District of Connecticut

In re: Michael Henry Lotto

Debtor*

Case Number: 24-30774

Chapter: 13

Michael Henry Lotto
Plaintiff(s)

v.

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST;
Selene Finance LP;
Discover Bank
Defendant(s)

Adversary Proceeding No: 24-3015

## ORDER DISMISSING ADVERSARY PROCEEDING

On December 6, 2024, an Order Dismissing Case entered on Bankruptcy Case 24-30774, *see* ECF No 85. Therefore, it is hereby

**ORDERED** that the above-captioned adversary proceeding is DISMISSED for lack of jurisdiction.

Dated: December 6, 2024

BY THE COURT

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.